NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**COPAN ITALIA SPA, COPAN INDUSTRIES, INC.,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**NEST SCIENTFIC INC., NEST SCIENTFIC USA, JIANGSU CHANGFENG MEDICAL INDUSTRY CO., LTD., BIOTEKE CORPORATION (WUXI) CO., LTD., MIRACLEAN TECHNOLOGY CO., LTD., WUXI NEST BIOTECHNOLOGY CO., LTD.,**
*Intervenors*

_____

2023-1668

_____

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1279.

_____

## JUDGMENT

_____

JAMES M. WODARSKI, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., Boston, MA, argued for appellants. Also represented by PETER CUOMO, MICHAEL NEWMAN, DANIEL B. WEINGER.

CATHY CHEN, Office of the General Counsel, United States International Trade Commission, Washington, DC, argued for appellee. Also represented by DOMINIC L. BIANCHI, WAYNE W. HERRINGTON, BENJAMIN S. RICHARDS, SIDNEY A. ROSENZWEIG.

BRIAN R. NESTER, Covington & Burling LLP, Washington, DC, argued for intervenors.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, DYK and STOLL, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 7, 2023
Date

Jarrett B. Perlow
Clerk of Court